UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

CIVIL ACTION NO. 15-cv-62-HRW

JAMES YATES, et al.                                                                                      PLAINTIFFS

v.                                                       **ORDER**

KIM DAVIS, Individually, et al.                                                               DEFENDANTS

The Court being sufficiently advised, hereby RECUSES from further service in this matter.

**IT IS HEREBY ORDERED**

That this matter be and hereby is reassigned to Honorable David L. Bunning, Judge of the Eastern District of Kentucky, for all further proceedings.

This 26th day of August, 2015.



Signed By:
*Henry R. Wilholt, Jr.*
United States District Judge