AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

| | |
|---|---|
| James Yates<br>and<br>Will Smith<br>_____<br>*Plaintiff(s)*<br>v.<br>Kim Davis, individually and in her offical capacity as<br>Rowan County Clerk<br>and<br>Rowan County, Kentucky<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  0:15-cv-62-HRW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hon. Walter Blevins
Rowan County Judge/Executive
600 West Main Street
Morehead, KY 40351

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   W. Kash Stilz, Jr., Roush & Stilz, P.S.C., 19 W. 11th Street, Covington, KY 41011 and
Rene Heinrich, The Heinrich Firm, PLLC, 526 York Street, Newport, KY 41071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  8/25/2015

**Robert R. Carr, Clerk**
_____
*Signature of Clerk or Deputy Clerk*

kss

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   0:15-cv-62-HRW

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Hon. Walter Blevins, Rowan Co. Judge / Executive

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  certified mail


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   9-2-15

_____
*Server's signature*

Jennifer B. Railton
*Printed name and title*

14 West 11th Street
Covington, KY 41011
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Walter Blevins
Rowan Co. Judge/Executive
600 West Main Street
Morehead, KY 40351

9590 9403 0466 5173 7924 85

2. Article Number (Transfer from service label)

7014 2120 0003 2482 2875

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Lois L Hawkins   ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
Lois L Hawkins    8/31/15

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt