UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

| | | |
|---|---|---|
| JAMES YATES, et al. | : | |
| Plaintiffs, | : | Case No. 15-cv-62-DLB-EBA |
| v. | : | |
| KIM DAVIS, individually | : | |
| Defendant. | : | |

## PLAINTIFFS' WITNESS LIST

Come now the Plaintiffs, James Yates and Will Smith, by and through counsel, and pursuant to the Court's Final Pretrial Order entered August 9, 2023 (Doc #118) and the Court's Virtual Order entered August 18, 2023 (Doc #122), make their designation of trial witnesses as follows:

1. James Yates, Plaintiff, 55 Seals Lane, Morehead, KY 40351. Plaintiff expects to testify regarding damages.

2. Will Smith, Plaintiff, 55 Seals Lane, Morehead, KY 40351. Plaintiff expects to testify regarding damages.

3. Melissa Davis, 830 Green Street, Morehead, KY 40351. Ms. Davis is the sister of Plaintiff James Yates and it is expected that she will testify about her observations of Plaintiffs during the events in controversy in this matter.

4. Jill Boggs, MSW LCSW, 321 East Main Street, Morehead, KY 40351. Ms. Boggs is Plaintiff Smith's therapist and it is expected that she will testify about her observations of Plaintiff Smith during the events in controversy in this matter.

5. Brian Mason, 3115 Open Fork Road, Morehead, KY 40351. Brian Mason is the former Rowan County Deputy Clerk and it is expected that he will testify about his interaction with Plaintiffs at the Rowan County Clerk's Office.

RESPECTFULLY SUBMITTED,

/s/ W. Kash Stilz, Jr.
W. Kash Stilz, Jr., Esq.
Roush & Stilz, P.S.C.
19 West Eleventh Street
Covington, Kentucky 41011-3003
Telephone: (859) 291-8400
Email: kash@roushandstilzlaw.com

AND

/s/ Rene B. Heinrich
Rene B. Heinrich, Esq.
The Heinrich Firm, PLLC
800 Monmouth Street
Newport, KY 41071
Telephone: (859) 291-2200
Email: rheinrich@nkylawfirm.com

ATTORNEYS FOR THE PLAINTIFFS

### CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ W. Kash Stilz, Jr.
W. KASH STILZ, JR.