UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 15-62-DLB-EBA

JAMES YATES and WILL SMITH            PLAINTIFFS

v.            **SPECIAL VERDICT FORM**

KIM DAVIS, *individually*            DEFENDANT

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

Please state the sum of damages, if any, James Yates has proven, by a preponderance of the evidence, he experienced as a proximate cause of Defendant Kim Davis's conduct.

$_____0_____.

Please state the sum of damages, if any, Will Smith has proven, by a preponderance of the evidence, he experienced as a proximate cause of Defendant Kim Davis's conduct.

$_____0_____.

TOTAL: $_____0_____.

Your deliberations are complete and you should return to the Courtroom.

Foreperson: ___29___            Date: ___9-13-23___